UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| GRANT V. LOMBARDI,<br><br>Plaintiff,<br><br>v.<br><br>THE NORTHLAND GROUP, INC.,<br><br>Defendant. | Court File No. 00-CV-2794 (PAM/JGL)<br><br>**STIPULATION AND ORDER** |

WHEREAS Plaintiff has commenced the above action by filing his Summons and Complaint in the above action;

WHEREAS the parties have agreed that it is proper to extend the period of time during which Defendant may serve and file a response to the Complaint, pending Defendant's inquiry regarding insurance coverage for the alleged claims set forth in Plaintiff's Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that Defendant shall have until February 9, 2001 to serve and file a response to Plaintiff's Complaint.

**HEDIN & GOLDBERG, P.A.**

Dated: Jan. 26, 2001

By [signature]
Daniel S. Goldberg, #297354
Douglas A. Hedin, #43205
2100 Stevens Avenue North
Minneapolis, MN 55404
(612) 871-5500

**ATTORNEYS FOR PLAINTIFF**



JAN 29 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

Dated: January 25, 2001

SPENCE OLSON, PLLC

By ______________________
Jeffrey A. Olson, #230832
Russell M. Spence, Jr., #241052
10 South Fifth Street, Suite 300
Minneapolis, MN 55402
(612) 375-1555

**ATTORNEYS FOR DEFENDANT**

**ORDER**

This matter came before the undersigned on parties' stipulation and joint request to extend the period of time during which Defendant The Northland Group, Inc. may serve and file a response to the Complaint in this matter.

IT IS HEREBY ORDERED that Defendant The Northland Group, Inc. shall have until February 9, 2001 to serve and file a response to Plaintiff's Complaint in this action.

Dated: Jan 29, 2001

______________________
Jonathan G. Lebedoff
United States Magistrate Judge