**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Grant V. Lombardi

Plaintiff,

v.

Northland Group Inc.

Defendant.

Civil 00-2794 PAM

**ORDER OF DISMISSAL**

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: April 19, 2002

**JUDGE PAUL A. MAGNUSON**
**United States District Court**

APR 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK