**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Grant V. Lombardi,

Plaintiff,

vs.

Northland Group, Inc.,

Defendant.

**Civil No. 00-CV-2794 (PAM/JGL)**

**STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE**

The parties to this action, by and through their undersigned counsel, stipulate to the dismissal with prejudice of Plaintiff's Amended Complaint in its entirety. This stipulation is made pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: 4/17, 2001

HEDIN & GOLDBERG, P.A.

Douglas A. Hedin, #43205
Daniel S. Goldberg, #207354
Elizabeth A. Glidden, #238387
2100 Stevens Avenue South
Minneapolis, MN 55404
(612) 871-5500

Attorneys for Plaintiff
Grant V. Lombardi

APR 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: April 24, 2002

FAEGRE & BENSON LLP

Marcy R Frost

Mary E. Stumo, #122440
Marcy R. Frost, # 229933

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant
The Northland Group, Inc.

**ORDER**

IT IS SO ORDERED, this 25th day of April, 2002.

The Honorable Paul A. Magnuson

M1:863257.02